# Exhibit "F"

# Polsinelli Shughart PC



**Amy E. Hatch**
ahatch@polsinelli.com

Kansas City          P: (816) 360-4178
                     F: (816) 753-1536

**PRACTICE AREAS**   Creditors Rights, Loan Enforcement and Creditor
                     Bankruptcy Representation

Amy E. Hatch represents corporate debtors in Chapter 11 cases, as well as secured lenders, creditors' committees and landlords in Chapter 11 litigation matters. She also has experience representing lenders in general commercial litigation matters.

**COMMUNITY AND BAR INVOLVEMENT**

- The Missouri Bar
- Kansas Bar Association
- Kansas City Metropolitan Bar Association, Young Lawyers Section Public Service Committee
- Lawyers Association of Kansas City
- Volunteer Attorney Project of Kansas City
- Youth Friends

**EDUCATION**

- J.D., University of Iowa, with distinction, 2001
- Member and Associate Editor, *Iowa Law Review*
- B.A., Dartmouth College, 1997

**BAR ADMISSIONS**

- Missouri, 2001
- Kansas, 2002
- U.S. District Court, Western District of Missouri, 2001
- U.S. District Court, District of Kansas, 2002