UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMMERCIAL MORTGAGE AND | ) | Case No. 08-73242 |
| FINANCE, CO. | ) | |
| | ) | |
| | ) | Judge Manuel Barbosa |
| Debtor. | ) | |

## NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR AN AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES TO FARRELL & ASSOCIATES CPAS, LLC

TO:   See attached service list.

The Official Committee of Unsecured Creditors has filed a *First and Final Application for an Award of Professional Compensation and Expenses to Farrell & Associates CPAS, LLC* requesting professional compensation in the amount of $2,710.00 for Farrell & Associates CPAS, LLC for the period from August 4, 2009 through August 19, 2009.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, you or your attorney must:

1. File a written response to the Application on or before the date set for the hearing on the motion at:

   Clerk of Court
   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   OR

2. Attend the hearing scheduled to be held on **Wednesday, October 28, 2009 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Rockford, Illinois 61101.

If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your Response to:

> Attorney Bradley T. Koch
> Holmstrom & Kennedy, P.C.
> P.O. Box 589
> Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application or Objection and may enter an Order granting that relief.

Dated: October 1, 2009

The Official Committee of Unsecured Creditors of Commercial Mortgage and Finance, Co., Debtor

By: Holmstrom & Kennedy, P.C.,
    Its attorneys

By: _____
    One of its attorneys


ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071
(815) 962-7181

2

## PROOF OF SERVICE

  The undersigned, being first duly sworn, states that a copy of the foregoing *Notice of Hearing on the First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Farrell & Associates CPAS, LLC* was served upon the parties and attorneys of record herein, by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois on the 2nd day of October, 2009:

Bille A. Verkuilen
3129 9th Street
Rockford, IL 61109

Billie Chandler
1128 Copper Drive
Machesney Park, IL 61115

Carl T. Kampmeier
8071 11th Street
Davis Junction, IL 61020

Dorothy E. Kingbeil
1405 29th Street
Rockford, IL 61108

Earl L. Hodgkinson
1408 Bliss Street
Belvidere, IL 61008

Glen L. Rippentrop
8371 North Mulford Road
Monroe Center, IL 61052

James H. Larson M.D.
10245 Tybow Trail
Roscoe, IL 61073

James L. Kramer
18W720 13th Street
Lombard, IL 61048

Jennie V. Kliebe
10520 Montague Road
Winnebago, IL 61088

Jerome J Strohacker
580 Brad Mar Drive
Freeport, IL 61032

James and Joyce McKnight
1448 Dry Creek Bend
Rockford, IL 61108

Kermit F. Browman
415 South Bell School Road
Rockford, IL 61108-2613

Maria T. Liebing
975 South Bell School Rd
Rockford, IL 61108

Nancy Pohl
c/o Becky Voll
7659 Rogers Street
Machesney Park, IL 61115

Paul E. Benge
4578 Olde Lyme Drive
Rockford, IL 61114

Richard F. Shouer
24 West Coates Street
Freeport, IL 61032

Salvador J. Sciortino
3246 Bildahl
Rockford, IL 61109-2147

Samuel R. Rebecca
1108 Mayfair Place
Rockford, IL 61107-3651

Attorney Linda Godfrey
6563 Old Hunter's Run
Rockford, IL 61114
(Via ECF & US Mail)

Paul S. Godlewski
One Court Place Suite 103
Rockford, IL 61101
(Via ECF & US Mail)

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 21126
Philadelphia, PA 19114

Shirley J. Sellers
1304 Riverbend Lane
Belvidere, IL 61008

Wayne Holton
6366 Fitzgerald Road
Rockford, IL 61103

Attorney Gregory J. Jordan
Apostol, Kowal & Jordan,
200 S. Wacker Dr. 32nd Floor
Chicago IL 60606

| | | |
|---|---|---|
| Attorney Carole J. Ryczek<br>US Trustees' Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715 | Attorney Jamie S. Cassel<br>2902 McFarland Road<br>Suite 400<br>Rockford, IL 61107<br>(Via ECF & US Mail) | Attorney Donald P. Shriver<br>515 N. Court Street<br>Rockford, IL 61103<br>(Via ECF & US Mail) |
| Attorney William A. Reilly<br>6801 Spring Creek Road<br>Suite 2D<br>Rockford, IL 61114<br>(Via ECF & US Mail) | Attorney Thomas J. Lester<br>100 Park Ave.<br>PO Box 1389<br>Rockford, IL 61105<br>(Via ECF & US Mail) | Attorney David L. Davitt<br>4023 Charles Street<br>Rockford, IL 61108<br>(Via ECF & US Mail) |
| Attorney Brent Blair<br>One Court Place, Suite 404<br>Rockford, IL 61101<br>(Via ECF & US Mail) | Attorney C. Robert Tobin III<br>530 S. State Street, Suite 200<br>Belvidere, IL 61008<br>(Via ECF & US Mail) | Attorney Andrew J. Vella<br>401 West State Street<br>Suite 300<br>Rockford, IL 61101<br>(Via ECF & US Mail) |
| Attorney Matthew Hevrin<br>100 Park Ave.<br>PO Box 1389<br>Rockford, IL 61105<br>(Via ECF & US Mail) | Attorney Victoria R. Glidden<br>100 Park Ave.<br>PO Box 1389<br>Rockford, IL 61105<br>(Via ECF & US Mail) | Attorney Thomas Laughlin<br>6833 Stalter Drive<br>Suite 204<br>Rockford IL 61108<br>(Via ECF & US Mail) |
| Maria T. Studebacker<br>Dal Cero<br>Via Dugoni 23<br>Mantova, Italy 46100 | Maria T. Studebacker<br>1508 Apache Drive<br>Rockford, IL 61107 | Attorney David F. Black<br>UAW – Chrysler LLC Legal<br>Services Plan<br>600 S. State Street, Ste 200<br>Belvidere, IL 61008<br>(Via ECF & US Mail) |

| | | |
|---|---|---|
| Attorney Gerald Morel<br>Masuda, Funai, Eifert &<br>Mitchell, Ltd.<br>203 N. LaSalle St., Suite 2500<br>Chicago, IL 60601-1262 | Attorney Craig Stevens<br>Momkus McCluskey LLC<br>1001 Warrenville Rd, Suite 500<br>Lisle, IL 60532<br>(Via ECF & US Mail) | Attorney Zane Cohn<br>Zahm M. Cohn & Associates<br>150 N. Michigan Ave<br>Suite 3300<br>Chicago, IL 60601<br>(Via ECF & US Mail) |

*Katie Norris* (signature)

Subscribed and sworn to before me
this 2nd day of October, 2009.

*Kristine A. Butterfield* (signature)

"OFFICIAL SEAL"
KRISTINE A. BUTTERFIELD
Notary Public, State of Illinois
My Commission Expires 03/29/11

BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

5

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMMERCIAL MORTGAGE AND | ) | Case No. 08-73242 |
| FINANCE, CO. | ) | |
| | ) | |
| | ) | Judge Manuel Barbosa |
| Debtor. | ) | |

## FIRST AND FINAL APPLICATION FOR AN AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

The Official Committee of Unsecured Creditors of Commercial Mortgage and Finance, Co. (the "Committee") for the First and Final Application for an Award of Compensation and Expenses to Farrell & Associates CPAS, LLC ("Applicant") pursuant to Sections 328, 330, 503(b)(2) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 5082-1, states:

### INTRODUCTION

Commercial Mortgage and Finance, Co., Debtor ("Debtor") commenced this bankruptcy proceeding by filing a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code on October 8, 2008. On November 6, 2008, the Office of the United States Trustee for the Northern District of Illinois (the "Trustee") appointed the following creditors to serve on the Committee in this bankruptcy proceeding:

Jerome J. Strohacker
James H. Larson
James L. McKnight
Samuel R. Rebecca
Mengyue Abernathy

Thereafter, on February 27, 2009, Jerome J. Strohacker was removed from the Committee and replaced by Carl Kampmeier. On August 6, 2009, the Committee filed an Application to Employ Applicant as its accountants. On August 12, 2009, this Court entered an Order granting the Application and approving the employment of Applicant by the Committee as its accountants effective August 4, 2009.

On or about August 17, 2009, the Debtor and the Committee filed a Second Amended Plan of Liquidation dated August 17, 2009 ("Plan") with this Court. On August 19, 2009, this Court entered its Findings of Fact, Conclusions of Law and Order approving the Second Amended Plan of Liquidation confirming the Plan in this Bankruptcy Case. This is the first and final Application for an award of professional compensation and expenses for Applicant.

## ACCOUNTANTS REPRESENTING THE COMMITTEE

Several accountants employed by Applicant have provided services for the Committee. The primary accountant providing services and advice for the Committee was Robert Farrell, a certified public accountant and president of Applicant. In addition, Bettie Sullivan, a certified public accountant, also provided services and advice for the Committee since the retention of Applicant in this bankruptcy proceeding. The applicable hourly rates for accountants providing services for the Committee are as follows:

        Robert Farrell        $190.00 per hour
        Bettie Sullivan       $150.00 per hour

2

## SERVICES PROVIDED BY ACCOUNTANTS

Applicant's services for the Committee were solely related to the Plan. Applicant provided the Committee with advice and assistance with respect to tax issues related to the Plan and the retention of net operating losses by the Reorganized Debtor.

## DESCRIPTION OF COMPENSATION

Applicant has expended the following hours in advising, representing and assisting the Committee with respect to this bankruptcy proceeding and the Plan from August 4, 2009 through August 19, 2009.

| | | | |
|---|---|---|---|
| Robert Farrell | 11.5 hours | $190.00 per hour | $2,185.00 |
| Bettie Sullivan | 3.5 hours | $150.00 per hour | $ 525.00 |
| | | **Total:** | **$2,710.00** |

A complete itemized statement reflecting the services rendered on behalf of the Committee relating to this bankruptcy proceeding and the Plan is set forth upon Exhibit A which is attached hereto and hereby incorporated by reference. Applicant has not received an award of professional compensation and expenses since its retention in this bankruptcy proceeding. The rates of compensation for accountants providing services for the Committee have been approved by the Committee and are reasonable and customary. The rates charged by Applicant are the normal and customary hourly rates charged by Applicant to other clients.

Notice of the Application has been given to the (a) United States Trustee; (b) the Debtor's twenty (20) largest unsecured creditors; and (c) any other party requesting notice. In light of the nature of the relief requested, the Committee submits that no further notice is required.

3

WHEREFORE, the Official Committee of Unsecured Creditors of Commercial Mortgage & Finance, Co., Debtor, respectfully requests the entry of an Order by this Court containing the following relief:

A. Awarding professional compensation in the amount of $2,710.00 to Farrell & Associates, CPAS, LLC for services rendered from August 4, 2009 through August 19, 2009;

B. Authorizing and directing Commercial Mortgage & Finance, Co., Reorganized Debtor, to pay professional compensation to Farrell & Associates, CPAS, LLC in the amount of $2,710.00; and

C. For such other and further relief as the Court deems just and equitable.

Dated: October 1, 2009

The Official Committee of Unsecured Creditors of Commercial Mortgage and Finance, Co., Debtor

Holmstrom & Kennedy, P.C.,
Its attorneys

By: _____
One of its attorneys

ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

4