# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMMERCIAL MORTGAGE AND | ) | Case No. 08-73242 |
| FINANCE, CO. | ) | |
| | ) | |
| | ) | Judge Manuel Barbosa |
| Debtor. | ) | |

## NOTICE OF HEARING ON SECOND AND FINAL APPLICATION FOR AN AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

TO:     See attached service list.

Holmstrom & Kennedy, P.C., has filed its *Second and Final Application for an Award of Professional Compensation and Expenses* as counsel for the Official Committee of Unsecured Creditors requesting professional compensation in the amount of $48,016.25 and expense reimbursement in the amount of $253.84 for the period from June 16, 2009 through August 19, 2009.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, you or your attorney must:

1.     File a written response to the Application on or before the date set for the hearing on the motion at:

Clerk of Court
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

OR

2.   Attend the hearing scheduled to be held on **Wednesday, October 28, 2009 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Rockford, Illinois 61101.

If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your Response to:

Attorney Bradley T. Koch
Holmstrom & Kennedy, P.C.
P.O. Box 589
Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application or Objection and may enter an Order granting that relief.

Dated: October 1, 2009

Holmstrom & Kennedy, P.C., Attorneys for
The Official Committee of Unsecured Creditors of
Commercial Mortgage and Finance, Co., Debtor

By: _____
One of its attorneys

ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071
(815) 962-7181

2

## PROOF OF SERVICE

The undersigned, being first duly sworn, states that a copy of the foregoing *Notice of Hearing on the Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Holmstrom & Kennedy, P.C.* was served upon the parties and attorneys of record herein, by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois on the 2nd day of October, 2009:

| | | |
|---|---|---|
| Bille A. Verkuilen<br>3129 9th Street<br>Rockford, IL 61109 | Billie Chandler<br>1128 Copper Drive<br>Machesney Park, IL 61115 | Carl T. Kampmeier<br>8071 11th Street<br>Davis Junction, IL 61020 |
| Dorothy E. Kingbeil<br>1405 29th Street<br>Rockford, IL 61108 | Earl L. Hodgkinson<br>1408 Bliss Street<br>Belvidere, IL 61008 | Glen L. Rippentrop<br>8371 North Mulford Road<br>Monroe Center, IL 61052 |
| James H. Larson M.D.<br>10245 Tybow Trail<br>Roscoe, IL 61073 | James L. Kramer<br>18W720 13th Street<br>Lombard, IL 61048 | Jennie V. Kliebe<br>10520 Montague Road<br>Winnebago, IL 61088 |
| Jerome J Strohacker<br>580 Brad Mar Drive<br>Freeport, IL 61032 | James and Joyce McKnight<br>1448 Dry Creek Bend<br>Rockford, IL 61108 | Kermit F. Browman<br>415 South Bell School Road<br>Rockford, IL 61108-2613 |
| Maria T. Liebing<br>975 South Bell School Rd<br>Rockford, IL 61108 | Nancy Pohl<br>c/o Becky Voll<br>7659 Rogers Street<br>Machesney Park, IL 61115 | Paul E. Benge<br>4578 Olde Lyme Drive<br>Rockford, IL 61114 |
| Richard F. Shouer<br>24 West Coates Street<br>Freeport, IL 61032 | Salvador J. Sciortino<br>3246 Bildahl<br>Rockford, IL 61109-2147 | Samuel R. Rebecca<br>1108 Mayfair Place<br>Rockford, IL 61107-3651 |
| Attorney Linda Godfrey<br>6563 Old Hunter's Run<br>Rockford, IL 61114<br>(Via ECF & US Mail) | Paul S. Godlewski<br>One Court Place Suite 103<br>Rockford, IL 61101<br>(Via ECF & US Mail) | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Shirley J. Sellers<br>1304 Riverbend Lane<br>Belvidere, IL 61008 | Wayne Holton<br>6366 Fitzgerald Road<br>Rockford, IL 61103 | Attorney Gregory J. Jordan<br>Apostol, Kowal & Jordan,<br>200 S. Wacker Dr. 32nd Floor<br>Chicago IL 60606 |

Attorney Carole J. Ryczek
US Trustees' Office
780 Regent Street, Suite 304
Madison, WI 53715

Attorney Jamie S. Cassel
2902 McFarland Road
Suite 400
Rockford, IL 61107
(Via ECF & US Mail)

Attorney Donald P. Shriver
515 N. Court Street
Rockford, IL 61103
(Via ECF & US Mail)

Attorney William A. Reilly
6801 Spring Creek Road
Suite 2D
Rockford, IL 61114
(Via ECF & US Mail)

Attorney Thomas J. Lester
100 Park Ave.
PO Box 1389
Rockford, IL 61105
(Via ECF & US Mail)

Attorney David L. Davitt
4023 Charles Street
Rockford, IL 61108
(Via ECF & US Mail)

Attorney Brent Blair
One Court Place, Suite 404
Rockford, IL 61101
(Via ECF & US Mail)

Attorney C. Robert Tobin III
530 S. State Street, Suite 200
Belvidere, IL 61008
(Via ECF & US Mail)

Attorney Andrew J. Vella
401 West State Street
Suite 300
Rockford, IL 61101
(Via ECF & US Mail)

Attorney Matthew Hevrin
100 Park Ave.
PO Box 1389
Rockford, IL 61105
(Via ECF & US Mail)

Attorney Victoria R. Glidden
100 Park Ave.
PO Box 1389
Rockford, IL 61105
(Via ECF & US Mail)

Attorney Thomas Laughlin
6833 Stalter Drive
Suite 204
Rockford IL 61108
(Via ECF & US Mail)

Maria T. Studebacker
Dal Cero
Via Dugoni 23
Mantova, Italy 46100

Maria T. Studebacker
1508 Apache Drive
Rockford, IL 61107

Attorney David F. Black
UAW – Chrysler LLC Legal
Services Plan
600 S. State Street, Ste 200
Belvidere, IL 61008
(Via ECF & US Mail)

4

Attorney Gerald Morel
Masuda, Funai, Eifert &
Mitchell, Ltd.
203 N. LaSalle St., Suite 2500
Chicago, IL 60601-1262

Attorney Craig Stevens
Momkus McCluskey LLC
1001 Warrenville Rd, Suite 500
Lisle, IL 60532
(Via ECF & US Mail)

Attorney Zane Cohn
Zahm M. Cohn & Associates
150 N. Michigan Ave
Suite 3300
Chicago, IL 60601
(Via ECF & US Mail)

_Katie Norris_

Subscribed and sworn to before me
this _2nd_ day of _October_ , 2009.

_Kristine A. Butterfield_
Notary Public

"OFFICIAL SEAL"
KRISTINE A. BUTTERFIELD
Notary Public, State of Illinois
My Commission Expires 03/29/11

BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **COMMERCIAL MORTGAGE AND** | ) | **Case No. 08-73242** |
| **FINANCE, CO.** | ) | |
| | ) | |
| | ) | **Judge Manuel Barbosa** |
| Debtor. | ) | |

## SECOND AND FINAL APPLICATION FOR AN AWARD OF
## PROFESSIONAL COMPENSATION AND EXPENSES

Holmstrom & Kennedy, P.C. ("Applicant"), attorneys for the Official Committee of Unsecured Creditors of Commercial Mortgage & Finance, Co. (the "Committee"), for its Second and Final Application for an Award of Professional Compensation and Reimbursement of Expenses pursuant to Sections 328, 330, 503(b)(2) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 5082-1, states:

### INTRODUCTION

Commercial Mortgage and Finance, Co., Debtor ("Debtor") commenced this bankruptcy proceeding by filing a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code on October 8, 2008. On November 6, 2008, the Office of the United States Trustee for the Northern District of Illinois (the "Trustee") appointed the following creditors to serve on the Committee in this bankruptcy proceeding:

Jerome J. Strohacker
James H. Larson
James L. McKnight
Samuel R. Rebecca
Mengyue Abernathy

Thereafter, on February 27, 2009, Jerome J. Strohacker was removed from the Committee

and replaced by Carl Kampmeier. On November 21, 2008, the Committee filed an Application to Employ Applicant as its attorneys. On November 26, 2008, this Court entered an Order granting the Application and approving the employment of Applicant by the Committee effective November 14, 2008.

Applicant has represented the Committee as its counsel in all matters before this Court since November 14, 2008. This is the second and final Application for an award of professional compensation and expenses by Applicant.

On July 15, 2009, this Court entered an Order approving an award of professional compensation and expenses to Applicant, as counsel for the Committee, for the period November 14, 2008 through June 15, 2009 in the total amount of $135,664.03. On or about August 17, 2009, the Debtor and the Committee filed a Second Amended Plan of Liquidation dated August 17, 2009 ("Plan") with this Court. On August 19, 2009, this Court entered its Findings of Fact, Conclusions of Law and Order approving the Second Amended Plan of Liquidation confirming the Plan in this bankruptcy case.

## ATTORNEYS REPRESENTING THE COMMITTEE

The Committee has been represented by several attorneys employed by the Applicant. The primary attorney representing the Committee in this bankruptcy proceeding is Bradley T. Koch, partner with Applicant, who has practiced before this Court in a variety of matters over a period of approximately thirty (30) years. The Committee has also been provided legal services during the time covered by this Application by Michael J. Shalbrack, a partner with Applicant. Additionally, since Applicant's retention, Katie Norris, a paralegal with Applicant, has also provided services for

the Committee.  The applicable hourly rates for the attorneys and paralegal involved in the representation of the Committee during the period covered by this Application are as follows:

| Bradley T. Koch | $300.00 per hour |
| Michael J. Shalbrack | $300.00 per hour |
| Katherine Collopy-Norris | $ 85.00  per hour |

## SERVICES RENDERED FOR COMMITTEE

Applicant has provided the Committee with a variety of services in this bankruptcy proceeding which have been divided into three primary categories described below.

### Case Administration

Applicant has provided the Committee with a considerable amount of services related to the administration of this bankruptcy proceeding.  Applicant has attended and participated in a number of formal meetings with the Committee and meetings between the Debtor and the Committee. Applicant has also communicated with and fielded a number of inquires from creditors during the pendency of this bankruptcy proceeding.  Applicant also represented and assisted the Committee in communicating with the Trustee and other professionals.

Given the substantial number of creditors in this case, the Bankruptcy Court entered an Order on December 31, 2008 which provided, in part, that after the completion of every quarter during the pendency of this bankruptcy proceeding, the Committee would forward a quarterly update of significant events occurring in the bankruptcy proceeding to those creditors requesting the update. Since the entry of the Order, Applicant has prepared quarterly updates dated January 31, 2009, April 30, 2009 and July 31, 2009 and forwarded the quarterly updates to all creditors that had previously requested to be provided the update.

Applicant also represented the Committee in the retention of accountants to assist the Committee with respect to the Plan. Applicant prepared an Application on behalf of the Committee requesting authorization to retain Farrell & Associates CPAS, LLC ("Farrell & Associates") as its accountants in this bankruptcy proceeding and for the Reorganized Debtor subsequent to confirmation of the Plan. On August 12, 2009, the Bankruptcy Court entered an Order approving the retention of Farrell & Associates as the accountants for the Committee effective August 4, 2009.

In addition, Applicant worked with counsel for the Debtor with respect to several objections filed to the claims of creditors prior to confirmation of the Plan. Applicant also communicated with a number of creditors and answered inquiries and questions raised by creditors in response to a solicitation received by all creditors with respect to a proposal from Argo Partners to acquire their claims in this bankruptcy proceeding.

The following individuals performed services for the Committee related to the administration of this bankruptcy case:

| Bradley T. Koch | 105.80 hours | $ 31,740.00 |
| Michael J. Shalbrack | .20 hours | $      60.00 |
| Katherine Collopy-Norris | 9.25 hours | $     786.25 |

## Marketing and Sale of Assets

Applicant represented the Committee with respect to issues which arose related to the marketing and sale of assets by the Debtor. Applicant worked with the Committee and the Debtor with respect to the possible sale of the City Plaza office building as well as with respect to efforts of the Debtor relating to the sale of certain real estate in Wisconsin and the Midway Theater in Rockford, Illinois.

4

The following individuals performed services for the Committee relating to the marketing sale and lease of the of the Debtor's assets:

| Bradley T. Koch | 4.50 hours | $1,350.00 |

## Plan and Disclosure Statement

Applicant has represented the Committee during the conduct of extensive negotiations and discussions with the Debtor concerning a Plan of Reorganization and Disclosure Statement. Applicant participated in a number of meetings of the Committee to address and discuss the terms and conditions of a proposed Plan of Liquidation as well as representing and assisting the Committee in negotiations with the Debtor and its counsel concerning the Plan of Liquidation. Applicant also represented the Committee in reviewing and revising the proposed Plan of Liquidation and Disclosure Statement as well as other pleadings and documents filed with this Court relating to the Plan of Liquidation and Disclosure Statement. Ultimately, the Debtor and the Committee prepared and filed the Plan with this Court on August 17, 2009. Applicant represented the Committee in all proceedings before this Court with respect to the Plan which was confirmed by this Court on August 19, 2009. In addition, Applicant also prepared amendments and modifications to a Liquidating Trust Agreement on behalf of the Committee which was filed with this Court in conjunction with confirmation of the Plan.

The following individuals performed services for the Committee relating to the Plan and Disclosure Statement:

| Bradley T. Koch | 45.80 hours | $13,740.00 |
| Katherine Collopy-Norris | 4.00 hours | $    340.00 |

5

### Description of Compensation

Applicant has expended the following hours in advising and representing the Committee with respect to this bankruptcy proceeding from June 16, 2009 through August 19, 2009.

| | | |
|---|---|---|
| Bradley T. Koch | 156.1 hours | $46,830.00 |
| Michael J. Shalbrack | .20 hours | $     60.00 |
| Katherine Collopy-Norris | 13.25 hours | $ 1,126.25 |
| | **TOTAL** | $48,016.25 |

Additionally, during the period covered by this Application, Applicant has disbursed, actual and necessary costs and expenses on behalf of Committee in the amount of $253.84. A complete itemized statement of the services rendered and disbursements made on behalf of the Committee related to this bankruptcy proceeding is attached hereto as Exhibit A and incorporated herein by reference.

The rates charged by Applicant are the usual and customary hourly rates charged by Applicant to other clients. The amounts requested are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered: (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

This is Applicant's Second and Final Fee Application as counsel for the Committee in this case. Consistent with the Order entered by this Court in approving the retention of Applicant by the Committee, the Debtor did pay to Applicant a retainer in the amount of $25,000.00. Applicant is requesting the retainer be applied to partially satisfy the compensation and expenses awarded to Applicant with the balance to be paid by the Reorganized Debtor.

6

Notice of the Application has been given to (a) the United States Trustee; (b) the Debtor's twenty (20) largest unsecured creditors; and (c) any other party requesting notice.  In light of the nature of the relief requested, Applicant submits that no further notice is required.

Wherefore, Holmstrom & Kennedy, P.C., respectfully requests the entry of an Order by this Court containing the following relief:

A.    Awarding professional compensation in the amount of $48,016.25 and reimbursement of expenses in the amount of $253.84 to Holmstrom & Kennedy, P.C., for services rendered and expenses incurred from June 16, 2009 through August 19, 2009;

B.    Authorizing Holmstrom & Kennedy, P.C. to apply the retainer paid by Commercial Mortgage & Finance, Co., Debtor in the amount of $25,000.00 in partial satisfaction of the award of professional compensation and expenses leaving a balance due of $23,270.09.

C.    Authorizing and directing Commercial Mortgage & Finance, Co, Reorganized Debtor, to pay the balance of the allowed professional compensation and expenses in the amount of $23,270.09 to Holmstrom & Kennedy, P.C.;

D.    For such other and further relief as the Court deems just and equitable.

Dated: _October 1, 2009_

Holmstrom & Kennedy, P.C., Attorneys for
The Official Committee of Unsecured Creditors of
Commercial Mortgage and Finance, Co., Debtor

By: _____
One of its attorneys

ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

7

# *Holmstrom & Kennedy, P.C.*
800 N. Church Street
P.O. Box 589
Rockford, Illinois 61103

Ph:815-962-7071              Fax:815-962-7181

The Official Committee of the Unsecured Creditors                September 29, 2009
c/o James H. Larson
10245 Tybow Trail
Roscoe, IL 61073                                                    Bradley T. Koch

| | |
|---|---|
| File No. | 28040-0000 |
| Inv No. | Sample |
| Tax ID No. | 36-3948759 |

**RE:**     Commercial Mortgage & Finance Co. - Bankruptcy

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 06/16/09 | Receive and review correspondence from Attorney Gosdick - assignment | 0.30 | 90.00 | BTK |
| 06/17/09 | Office conference with Carl Kampmeier of the Committee. | 0.50 | 150.00 | BTK |
| | Telephone call from Marjorie C. re: notice for hearing on 7/1/09 | 0.10 | 8.50 | KCN |
| 06/18/09 | Begin preparation of First Application for Award of Interim Compensation. | 1.50 | 450.00 | BTK |
| | Prepare Order Approving First Interim Application for Award of Compensation and Expenses. | 1.00 | 300.00 | BTK |
| | (2) telephone calls from Marie S. re: documents and status of case | 0.25 | 21.25 | KCN |
| 06/19/09 | Continue preparation of Application for Compensation and Order. | 2.00 | 600.00 | BTK |
| | Telephone call from Jason Wiggert re: mortgage indebtedness. | 0.30 | 90.00 | BTK |
| | Interoffice conference re: Certificate of Deposit form. | 0.20 | 60.00 | BTK |
| | Telephone call from Diane Killion re: received multiple notices of court pleadings | 0.10 | 8.50 | KCN |

**EXHIBIT**

A

File #  28040-0000                     Page    2                    Invoice #   Sample

| 06/22/09 | Prepare summary sheet re: First Interim Application for Award of Professional Compensation. | 0.30 | 90.00 | BTK |
|---|---|---|---|---|
| 06/23/09 | Telephone call from Vern Hartman re: creditors, status of Bankrutpcy. | 0.30 | 90.00 | BTK |
| 06/24/09 | Prepare Amendment to Application for Award of Professional Compensation. | 0.50 | 150.00 | BTK |
| | Receive and review correspondence from Salvador Scirotino re: claim. | 0.20 | 60.00 | BTK |
| 06/25/09 | Receive and review application for award of compensation - Oliver Close | 1.50 | 450.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Harlan | 0.20 | 60.00 | BTK |
| | Prepare e-mail correspondence to Attorney Harlan | 0.20 | 60.00 | BTK |
| | Telephone call from Eldora Gulcynski re: received multiple copies of court pleadings | 0.10 | 8.50 | KCN |
| 06/26/09 | Receive and review e-mail correspondence and documents from Attorney Harlan - A&D Properties | 0.30 | 90.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Jordan | 0.20 | 60.00 | BTK |
| 06/29/09 | Receive and review e-mail correspondence from Attorney Jordan - loan participation claims | 0.20 | 60.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Jordan - securities law claims of creditors | 0.30 | 90.00 | BTK |
| | Review operating report - May, 2009 | 1.50 | 450.00 | BTK |
| | Telephone call from Billie V. re: hearing on 7-1-09 | 0.10 | 8.50 | KCN |
| 06/30/09 | Receive and review e-mail correspondence - Dr. Larson - attendance at hearing | 0.10 | 30.00 | BTK |

File # 28040-0000                     Page    3                           Invoice #   Sample

|  | | | | |
|---|---|---|---|---|
| | Prepare e-mail correspondence - Dr. Larson - attendance hearing | 0.20 | 60.00 | BTK |
| | Telephone call from Mrs. Keeling re: hearing on 7-1-09 | 0.10 | 8.50 | KCN |
| 07/01/09 | Office conference with client; debtor and Attorney Jordan | 1.00 | 300.00 | BTK |
| | Telephone call from Cindy Blaugh re: status | 0.10 | 8.50 | KCN |
| 07/02/09 | Receive and review e-mail correspondence - mailing of documents | 0.20 | 60.00 | BTK |
| | Continue preparation of correspondence to client - confirmation hearing | 0.50 | 150.00 | BTK |
| | Telephone call from creditor re: status - television information | 0.10 | 8.50 | KCN |
| | Telephone call from Debbie re: newspaper article | 0.10 | 8.50 | KCN |
| 07/06/09 | Receive and review e-mail correspondence from Attorney Jordan | 0.20 | 60.00 | BTK |
| | Receive and review application to disallow claims of Judd Family | 0.50 | 150.00 | BTK |
| | Receive and review application to disallow claims of Sandra Lenz, Leah Fitzgerald and Carole Culfdren | 0.50 | 150.00 | BTK |
| | Receive and review application to disallow claims of Shawn Malm and Kitzmans Ltd. | 0.50 | 150.00 | BTK |
| | Letter to client - applications to disallow claims | 0.50 | 150.00 | BTK |
| 07/07/09 | Receive and review email correspondence from Attorney Jordan | 0.20 | 60.00 | BTK |
| | Review application to disallow claim of Maynard Sweeney, Sr. | 0.50 | 150.00 | BTK |
| | Review application to disallow secured claims of Robert Bosberry and Elizabeth Burns | 0.50 | 150.00 | BTK |
| | Letter to client - objections to claims | 0.30 | 90.00 | BTK |

File #  28040-0000                          Page    4                          Invoice #  Sample

| | | | | |
|---|---|---|---|---|
| 07/09/09 | Telephone call from creditor re: pleadings | 0.10 | 8.50 | KCN |
| 07/10/09 | Letter to Attorney Jordan - May, 2009 operating report | 0.50 | 150.00 | BTK |
| | Return telephone call to Judy Jolly | 0.10 | 8.50 | KCN |
| 07/13/09 | Telephone call from Meriquie Abernathy - Plan - mortgage participation claim | 0.30 | 90.00 | BTK |
| | Receive and review e-mail correspondence - objections to claims | 0.30 | 90.00 | BTK |
| | Telephone call from Bob Farrell - retention of accountants by committee | 0.30 | 90.00 | BTK |
| | Research regarding tabulation of ballots - retention of records | 1.00 | 300.00 | BTK |
| | Telephone call from Mary Rippentrop re: pleadings | 0.20 | 17.00 | KCN |
| 07/14/09 | Receive and review complaint and related documents - CMF Insurance agency | 0.50 | 150.00 | BTK |
| | Receive and review e-mail correspondence form Debtor - City Plaza building | 0.20 | 60.00 | BTK |
| | Receive and review e-mail correspondence from Debtor - Commonwealth Edison charges | 0.30 | 90.00 | BTK |
| | Receive and review correspondence from Josephine Cioppoii | 0.20 | 60.00 | BTK |
| | Prepare e-mail correspondence to Debtor - CMF Insurance Agency | 0.50 | 150.00 | BTK |
| | Review revised order - compensation - oliver close - review application | 0.50 | 150.00 | BTK |
| | Prepare e-mail to Attorney Jordan - operating report - creditors claims | 0.30 | 90.00 | BTK |
| 07/15/09 | Receive and review e-mail correspondence - operating report - May 2009 | 0.30 | 90.00 | BTK |

File #  28040-0000                        Page    5                    Invoice #    Sample

| | | | | |
|---|---|---|---|---|
| | Prepare for hearing | 0.50 | 150.00 | BTK |
| | Court appearance - applications for compensation - Holmstrom & Kennedy, P.C. - Oliver, Close | 1.00 | 300.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Jordan | 0.20 | 60.00 | BTK |
| | Telephone call from Roger Larson re: docs | 0.10 | 8.50 | KCN |
| | Telephone call from Carol Newport re: pleadings | 0.10 | 8.50 | KCN |
| 07/16/09 | Receive and review documents - complaint to dept. of financial institutions | 0.50 | 150.00 | BTK |
| | Review proposals from accountants | 2.00 | 600.00 | BTK |
| | Prepare e-mail correspondence to Attorney Jordan and Debtor - CMF Insurance | 0.30 | 90.00 | BTK |
| | Receive and review e-mail correspondence from Debtor - CMF Insurance | 0.20 | 60.00 | BTK |
| | Telephone call from Cindy Olson re: pleadings | 0.10 | 8.50 | KCN |
| | Receive and review opt-in-form; update mailing list; copy and mail update to creditors (3) | 0.10 | 8.50 | KCN |
| 07/17/09 | Prepare for meeting | 0.50 | 150.00 | BTK |
| | Office conference with committee members | 2.50 | 750.00 | BTK |
| | Prepare e-mail correspondence to James Rebecca - accountants | 0.50 | 150.00 | BTK |
| | Receive and review e-mail correspondence - CMF Insurance Agency | 0.20 | 60.00 | BTK |
| 07/21/09 | Receive and review correspondence from Jane Mueller | 0.20 | 60.00 | BTK |
| | Telephone call to Brian Kobischka - meeting with committee | 0.30 | 90.00 | BTK |

File # 28040-0000                          Page   6                          Invoice #   Sample

|          |                                                                      |      |        |     |
|----------|----------------------------------------------------------------------|------|--------|-----|
|          | Interoffice regarding meeting with accountants                       | 0.30 | 90.00  | BTK |
|          | Receive and review email correspondence - Garden City Group          | 0.30 | 90.00  | BTK |
|          | Telephone call from Mr. Saber re: documents from Attorney Jordan      | 0.20 | 17.00  | KCN |
|          | Returned telephone call to Dorothy Clinton re: status                | 0.10 | 8.50   | KCN |
| 07/22/09 | Telephone call from Bob Farrell - meeting with committee             | 0.50 | 150.00 | BTK |
|          | Receive and review e-mail correspondence from Jim Rebecca - accountants | 0.20 | 60.00  | BTK |
|          | Receive and review e-mail correspondence - Garden City Group         | 0.30 | 90.00  | BTK |
| 07/23/09 | Attend meeting with Committee, Debtor and Brian Kobischka            | 1.50 | 450.00 | BTK |
|          | Review contract for purchase re: Midway Theater                      | 0.50 | 150.00 | BTK |
|          | Receive and review e-mail correspondence - Garden City Group         | 0.30 | 90.00  | BTK |
|          | Telephone call from Attorney Winkler re: shareholders meeting - CMF Insurance Agency | 0.30 | 90.00  | BTK |
|          | Attend meeting with Committee, Debtor and Robert Farrell - accounting | 2.50 | 750.00 | BTK |
|          | Receive and review information - billing - Garden City Group         | 1.00 | 300.00 | BTK |
| 07/27/09 | Begin preparation of quarterly update for unsecured creditors        | 2.00 | 600.00 | BTK |
|          | Telephone call from James Larson re: selection of accountants        | 0.30 | 90.00  | BTK |
|          | Telephone call from Rick McGee - position with reorganized debtor    | 0.30 | 90.00  | BTK |
| 07/28/09 | Receive and review e-mail correspondence from debtor                 | 0.20 | 60.00  | BTK |

| | | | | |
|---|---|---|---|---|
| | Prepare e-mail correspondence to debtor | 0.30 | 90.00 | BTK |
| | Receive and review correspondence and documents from Attorney Winkler - CMF Insurance | 0.70 | 210.00 | BTK |
| | Office conference with client - Rick McGee - properties of debtor | 1.00 | 300.00 | BTK |
| | Receive and review notice of transfer of claim - Ellen Leonard | 0.30 | 90.00 | BTK |
| | Prepare e-mail correspondence to Attorney Winkler re: CMF Insurance continue preparation of third quarterly update | 0.50 | 150.00 | BTK |
| | Telephone call from Attorney Winkler - special meeting of shareholders | 0.30 | 90.00 | BTK |
| | Continue preparation of quarterly update | 1.00 | 300.00 | BTK |
| 07/29/09 | Review documents and information - claims against CMF Insurance | 1.50 | 450.00 | BTK |
| | Receive and review e-mail correspondence - solicitations - claims | 0.30 | 90.00 | BTK |
| | Review information from Argo Partners - purchase of claim | 0.50 | 150.00 | BTK |
| | Telephone call from client - CMF Insurance meeting | 0.30 | 90.00 | BTK |
| | Telephone call from Attorney Verseman - bankruptcy proceeding | 0.60 | 180.00 | BTK |
| | Prepare amendments to quarterly update - purchase of claims | 0.50 | 150.00 | BTK |
| | Telephone call from Sean Driscoll - mailing - purchase of claims | 0.20 | 60.00 | BTK |
| | Investigate Argo Partners LLC | 0.50 | 150.00 | BTK |
| | Review loan; review report and summary | 1.00 | 300.00 | BTK |
| | Telephone call from creditor (Mao) re: Argo offer | 0.10 | 8.50 | KCN |

File # 28040-0000                                   Page    8                                   Invoice #    Sample

| | | | | |
|---|---|---|---|---|
| | Telephone call from Carol Sunberg re: Argo offer | 0.10 | 8.50 | KCN |
| | Telephone call from Barry Sunderg re: fax; receive and review fax - Argo | 0.10 | 8.50 | KCN |
| | Telephone call to creditor (Mao) re: Argo offer | 0.10 | 8.50 | KCN |
| 07/30/09 | Telephone call from Attorney Winkler re: CMF Insurance Agency | 0.30 | 90.00 | BTK |
| | Telephone call from Attorney Hampilos - CMF Insurance Agency | 0.30 | 90.00 | BTK |
| | Prepare for meeting | 0.50 | 150.00 | BTK |
| | Attend meeting of debtors, Committee and Attorney Winkler - CMF Insurance Agency | 2.50 | 750.00 | BTK |
| | Telephone call to Attorney Jordan - quarterly update - solicitation - purchase of claims | 0.30 | 90.00 | BTK |
| | Review forbearance agreement - CMF insurance agency | 0.30 | 90.00 | BTK |
| | Prepare addition to quarterly update | 0.50 | 150.00 | BTK |
| | Telephone call from Mr. Mutchler re: Argo offer | 0.10 | 8.50 | KCN |
| 07/31/09 | Telephone call from Attorney Verseman re: status - bankruptcy - plan | 0.40 | 120.00 | BTK |
| | Prepare for meeting | 0.50 | 150.00 | BTK |
| | Attend meeting of creditors committee | 1.50 | 450.00 | BTK |
| | Telephone call from Sean Driscoll - liquidation analysis - plan | 0.20 | 60.00 | BTK |
| | Receive and review e-mail correspondence from debtor - contacts by Argo partners | 0.20 | 60.00 | BTK |
| | Receive and review notice of transfer of claim - Maurice R. Wilson | 0.30 | 90.00 | BTK |

File # 28040-0000 Page 9 Invoice # Sample

| | | | | |
|---|---|---|---|---|
| | Telephone call from Jason Wigert - mortgage - CMF mortgage | 0.30 | 90.00 | BTK |
| | Telephone call from Attorney Jordan re: retention of accountant | 0.20 | 60.00 | BTK |
| | Investigate possible accountants and tax advice - plan | 0.30 | 90.00 | BTK |
| | Review omnibus objection to secured claims - reclassifying as unsecured | 1.00 | 300.00 | BTK |
| | Review objection to claims filed by Robert Borsberry and Elizabeth Burns | 0.50 | 150.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Hampilos - CMF Insurance | 0.20 | 60.00 | BTK |
| | Telephone call from creditor (Margaret R.) re: Argo offer | 0.10 | 8.50 | KCN |
| 08/03/09 | Receive and review application to disallow and expunge priority and secured claims - Kaisi | 1.00 | 300.00 | BTK |
| | Receive and review application to disallow and expunge priority and secured claims - Maggio | 0.50 | 150.00 | BTK |
| | Review proofs of claim - Maggio & Kaisi | 0.80 | 240.00 | BTK |
| | Telephone call to Bob Farrell - retention of accountants | 0.50 | 150.00 | BTK |
| | Prepare e-mail correspondence to Debtor and Attorney Jordan - income tax returns | 0.30 | 90.00 | BTK |
| | Review application to disallow claims of Maynard Sweeny Jr. | 0.50 | 150.00 | BTK |
| | Receive and review e-mail correspondence from debtor - income tax return | 0.20 | 60.00 | BTK |
| | Office conference with client - income tax returns | 1.00 | 300.00 | BTK |
| | Review application to disallow claim of Sylvia Stewart | 0.50 | 150.00 | BTK |

File #  28040-0000                           Page    10                        Invoice #   Sample

|          |                                                                                 |      |        |     |
|----------|---------------------------------------------------------------------------------|------|--------|-----|
|          | Review application to disallow secured claims and adjust amount of unsecured claim - Arlene Polmgren | 0.50 | 150.00 | BTK |
|          | Review omnibus application to disallow priority claims and reclassify as unsecured claim | 1.00 | 300.00 | BTK |
|          | Review proofs of claim - Robert Borsberry, Elizabeth Burns, Kitzmans, Shawn Malm, Maynard Sweeny, Sr. | 1.00 | 300.00 | BTK |
|          | Telephone call from Mr. Thornbloom re: Argo offer | 0.10 | 8.50 | KCN |
|          | Telephone call from Christine B. re: status | 0.10 | 8.50 | KCN |
| 08/04/09 | Office conference with Jim McKnight and Rick McGee | 1.50 | 450.00 | BTK |
|          | Prepare long e-mail correspondence to Bob Farrell - accountants | 0.80 | 240.00 | BTK |
|          | Receive and review correspondence and documents from Attorney Natale - Midway Theatre | 0.50 | 150.00 | BTK |
|          | Telephone call to Attorney Jordan - orders - objection to claims | 0.30 | 90.00 | BTK |
|          | Prepare application to retain accountants | 1.00 | 300.00 | BTK |
|          | Prepare affidavit - Robert Farrell | 0.50 | 150.00 | BTK |
|          | Prepare order authorizing retention of accountants | 1.00 | 300.00 | BTK |
|          | Letter to Robert Farrell - application and affidavit | 0.30 | 90.00 | BTK |
|          | Letter to client - application - Robert Farrell | 0.50 | 150.00 | BTK |
|          | Telephone call from Troy P. re: Argo offer | 0.10 | 8.50 | KCN |
|          | Telephone call from Bill Dowl re: documents from CMF | 0.10 | 8.50 | KCN |

File # 28040-0000         Page   11         Invoice #   Sample

| | | | | |
|---|---|---|---|---|
| | Telephone call from Irene Stepp re: status/ballot | 0.10 | 8.50 | KCN |
| | Returned telephone call to Pat Fong of Amcore re: Ellefson | 0.20 | 17.00 | KCN |
| | Telephone call from Thomas Carr re: status | 0.10 | 8.50 | KCN |
| 08/05/09 | Receive and review transfer of claim and assignment - Mildred Carus | 0.30 | 90.00 | BTK |
| | Receive and review transfer of claim and assignment - Christine Johnson | 0.30 | 90.00 | BTK |
| | Prepare for court hearing | 0.50 | 150.00 | BTK |
| | Court appearance - hearing - objections to claims | 1.00 | 300.00 | BTK |
| | Receive and review motion for order approving rejection of executory contract - Otis | 0.50 | 150.00 | BTK |
| | Receive and review motion for order approving or rejection of executory contract - TDS Metrocom | 0.50 | 150.00 | BTK |
| | Telephone call from Assistant States Attorney - Minger - City Plaza Building | 0.30 | 90.00 | BTK |
| | Continue preparation of application and order - retention of Farrell and Associates as accountants | 1.00 | 300.00 | BTK |
| | Prepare e-mail correspondence to Robert Farrell - application | 0.30 | 90.00 | BTK |
| | Review revised orders - Borsberry and Burns - Kitzmans and Malm | 0.30 | 90.00 | BTK |
| | Telephone calls(2) from creditor - Joe M. re: quarterly update | 0.10 | 8.50 | KCN |
| | Receive and review e-mail from Attorney Black re: quarterly update | 0.10 | 8.50 | KCN |
| | Telephone call from client - K.Young re: address change | 0.10 | 8.50 | KCN |

File # 28040-0000                             Page    12                          Invoice #    Sample

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call to Pat Fong of Amcore re: Ellefson | 0.10 | 8.50 | KCN |
| 08/06/09 | Receive and review e-mail correspondence from Bob Farrell | 0.20 | 60.00 | BTK |
|  | Receive and review e-mail correspondence from Debtor - bank accounts | 0.30 | 90.00 | BTK |
|  | Telephone call to Brian Kobishka re: retention of accountants | 0.30 | 90.00 | BTK |
|  | Receive and review assignment of claim - Gronewald Family Trust | 0.20 | 60.00 | BTK |
|  | Telephone call from Lean H. re: quarterly update and ballot | 0.10 | 8.50 | KCN |
| 08/07/09 | Receive and review transfer of claim - Shane Feeley | 0.30 | 90.00 | BTK |
|  | Receive and review e-mail correspondence from Attorney Jordan | 0.20 | 60.00 | BTK |
|  | Letter to Attorney Jordan - orders - objections to claims | 0.60 | 180.00 | BTK |
|  | Letter to Attorney Jordan - rejection of executory contracts | 0.30 | 90.00 | BTK |
|  | Receive and review e-mail correspondence from Debtor - bank accounts - ballots | 0.20 | 60.00 | BTK |
|  | Prepare e-mail correspondence to Debtor | 0.20 | 60.00 | BTK |
|  | Receive and review application to disallow and expunge secured claim of Maynard Sweeney Jr. and adjust unsecured claim | 0.50 | 150.00 | BTK |
|  | Review proof of claim - Momkus and McCluskey | 0.30 | 90.00 | BTK |
|  | Telephone call from Billie V. re: application | 0.10 | 8.50 | KCN |
| 08/10/09 | Receive and review transfers of claims - Gronewald Family Trust | 0.30 | 90.00 | BTK |
|  | Continue preparing amendments to proposed orders - claims | 0.50 | 150.00 | BTK |

File #  28040-0000                        Page    13                    Invoice #   Sample

| | | | | |
|---|---|---|---|---|
| 08/11/09 | Attend meeting of creditors committee | 2.00 | 600.00 | BTK |
| | Receive and review transfer of claim - assignment of claim - Robert Schwartz | 0.30 | 90.00 | BTK |
| | Receive and review e-mail correspondence - Ronald Carlson - plan - valuations | 0.30 | 90.00 | BTK |
| | Receive and review documents - indebtedness of Roger & Audri Kaisi | 0.60 | 180.00 | BTK |
| | Begin preparation of agreement - Rick McGee - commercial mortgage | 1.50 | 450.00 | BTK |
| | Receive and review e-mail correspondence from Debtor - retention of Robert Farrell | 0.20 | 60.00 | BTK |
| | Telephone call from Cindy O. re: address | 0.10 | 8.50 | KCN |
| 08/12/09 | Prepare for hearing | 0.50 | 150.00 | BTK |
| | Court appearance - application to retain accountants - Farrell & Associates - objections to claims | 1.00 | 300.00 | BTK |
| | Conference with members of creditors committee | 1.00 | 300.00 | BTK |
| | Investigate status of Aire Holding - property manager | 0.30 | 90.00 | BTK |
| | Research regarding change in ownership - retention of net operating losses | 1.50 | 450.00 | BTK |
| | Continue preparation of property management agreement | 1.00 | 300.00 | BTK |
| | Meeting at CMF re: ballots - spot check | 3.00 | 255.00 | KCN |
| 08/13/09 | Receive and review change of address - transfer of claim | 0.20 | 60.00 | BTK |
| | Letter to Bob Farrell re: order approving retention of accountants | 0.30 | 90.00 | BTK |

File # 28040-0000                        Page    14                    Invoice #    Sample

|  |  |  |  |  |
|---|---|---|---|---|
|  | Receive and review e-mail correspondence from Debtor | 0.20 | 60.00 | BTK |
|  | Receive and review contracts - City Plaza and CMF - TDS Metrocom; Otis Elevator - RK Dixon | 1.00 | 300.00 | BTK |
|  | Receive and review e-mail correspondence from Debtor - operating report | 0.20 | 60.00 | BTK |
| 08/14/09 | Prepare for meeting | 0.50 | 150.00 | BTK |
|  | Attend meeting of creditors committee and debtor - loan review | 4.00 | 1,200.00 | BTK |
|  | Receive and review transfer of claim - Walter Goebbert | 0.30 | 90.00 | BTK |
|  | Prepare e-mail correspondence - transfer of claims | 0.30 | 90.00 | BTK |
| 08/17/09 | Review information and materials from Garden City Group | 1.00 | 300.00 | BTK |
|  | Review docket; create summary for transfer of claims; telephone call to bankruptcy clerk to confirm objection deadlines | 2.00 | 170.00 | KCN |
| 08/18/09 | Receive and review e-mail correspondence from Attorney Jordan - Garden City Group | 0.20 | 60.00 | BTK |
|  | Prepare e-mail correspondence - attorneys' fees and costs | 0.30 | 90.00 | BTK |
| 08/19/09 | Review summary of claims transferred by creditors | 0.50 | 150.00 | BTK |
|  | Prepare e-mail correspondence to Kim Moore - debtor - estimate of attorneys' fees and costs | 0.50 | 150.00 | BTK |
|  | Letter to Rick McGee - property manager agreement | 0.30 | 90.00 | BTK |
|  | Letter to James McKnight - property manager agreement | 0.30 | 90.00 | BTK |
|  | Prepare e-mail correspondence - real estate tax assessment complaints | 0.30 | 90.00 | BTK |

File # 28040-0000                     Page   15                    Invoice #   Sample

| | | | | |
|---|---|---|---|---|
| E-mail with BTK re: CMF Assessment issues. | 0.20 | 60.00 | | MJS |
| Total Services | | $32,586.25 | | |

## DISBURSEMENTS

| | | |
|---|---|---|
| 08/06/09 | Photocopies - Copies of Application to Employ Ferrell & Associates 532 @.10 | 53.20 |
| | Postage - Mailing Application regarding accountants 38 @ $1.22 | 46.36 |
| 08/19/09 | Postage - Pleadings 38 @$1.56 | 59.28 |
| | Photocopies - Pleadings 950 @ .10 | 95.00 |
| | Total Disbursements | $253.84 |

**Total New Charges**                                                **$32,840.09**

**Balance Now Due**                                                  **$32,840.09**

### TRUST STATEMENT

| | Disbursements | Receipts |
|---|---|---|
| Trust Balance Forward | | 25,000.00 |
| 07/31/09 Paid To: Holmstrom & Kennedy, P.C. Transfer trust funds from U.S. Bank to Rockford Bank & Trust | 25,000.00 | |
| Received From: Holmstrom & Kennedy, P.C. Transfer trust funds from U.S. Bank to Rockford Bank & Trust | | 25,000.00 |
| Total Trust | $25,000.00 | $50,000.00 |
| **Trust Balance** | | **$25,000.00** |

## *Holmstrom & Kennedy, P.C.*

800 N. Church Street
P.O. Box 589
Rockford, Illinois 61103

Ph:815-962-7071                Fax:815-962-7181

The Official Committee of the Unsecured Creditors                September 29, 2009
c/o James H. Larson
10245 Tybow Trail
Roscoe, IL 61073                                                Bradley T. Koch
                                                File No.        28040-0001
                                                Inv No.         Sample
                                                Tax ID No.      36-3948759

**RE:**    CMF - Sale of Assets

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTY |
|------|-------------|-------|--------|------|
| 06/16/09 | Telephone call to Attorney Jordan - status - City Plaza building | 0.20 | 60.00 | BTK |
| 06/19/09 | Telephone call from Assistant State's Attorney Minger re: City Plaza Building. | 0.30 | 90.00 | BTK |
|  | Receive and review e-mail correspondence re: City Plaza Building. | 0.20 | 60.00 | BTK |
| 06/24/09 | Receive and review e-mail correspondence re: Lease of City of Rockford. | 0.20 | 60.00 | BTK |
|  | Review Office Lease re: City of Rockford City Plaza. | 1.00 | 300.00 | BTK |
| 06/25/09 | Receive and review e-mail correspondence - Midway Theater | 0.20 | 60.00 | BTK |
| 07/31/09 | Review documents - Wisconsin real estate - century 21 affiliated | 0.50 | 150.00 | BTK |
| 08/13/09 | Office conference with Mike Bacon and Attorney Minger - Winnebago County Health Department, City Plaza Building | 1.50 | 450.00 | BTK |
| 08/14/09 | Receive and review e-mail correspondence and documents - build out costs - city of Rockford - City Plaza building | 0.40 | 120.00 | BTK |

File #  28040-0001                          Page   2                        Invoice #  Sample

| | |
|---|---|
| Total Services | $1,350.00 |
| **Total New Charges** | **$1,350.00** |
| **Balance Now Due** | **$1,350.00** |

### *Holmstrom & Kennedy, P.C.*
800 N. Church Street
P.O. Box 589
Rockford, Illinois 61103

Ph:815-962-7071                    Fax:815-962-7181

The Official Committee of the Unsecured Creditors                    September 29, 2009
c/o James H. Larson
10245 Tybow Trail                                                   Bradley T. Koch
Roscoe, IL 61073
                                                   File No.      28040-0002
                                                   Inv No.          Sample
                                                   Tax ID No.    36-3948759

**RE:**    CMF - Plan of Liquidation & Disclosure Statement

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTY |
|------|-------------|-------|--------|------|
| 06/24/09 | Receive and review e-mail correspondence from Attorney Jordan re: Disclosure Statement. | 0.20 | 60.00 | BTK |
|  | Receive and review e-mail correspondence re: Amendment to Disclosure Statement. | 0.30 | 90.00 | BTK |
|  | Prepare additional Amendment to Disclosure Statement. | 0.20 | 60.00 | BTK |
| 06/25/09 | Telephone call to Attorney Jordan - City Plaza building - disclosure statement | 0.50 | 150.00 | BTK |
|  | Receive and review e-mail correspondence from Attorney Jordan - disclosure statement | 0.20 | 60.00 | BTK |
| 06/26/09 | Prepare e-mail correspondence to Attorney Jordan - disclosure statement | 0.50 | 150.00 | BTK |
|  | Review revised disclosure statement; prepare amendments to revised disclosure statement | 1.00 | 300.00 | BTK |
|  | Review revised plan of liquidation; prepare amendments to revised plan of liquidation | 1.00 | 300.00 | BTK |
| 06/29/09 | Prepare additional amendments to amended disclosure statement | 1.00 | 300.00 | BTK |
|  | Prepare e-mail correspondence to | 0.40 | 120.00 | BTK |

File # 28040-0002                    Page   2                    Invoice #   Sample

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Attorney Jordan - amended disclosure statement and amended plan | | | |
| | Prepare additions to amended plan | 0.50 | 150.00 | BTK |
| 06/30/09 | Receive and review e-mail correspondence - plan and disclosure statement | 0.20 | 60.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Jordan - exhibits | 0.20 | 60.00 | BTK |
| | Review revised plan of liquidation and disclosure statement | 1.00 | 300.00 | BTK |
| | Prepare e-mail correspondence to Attorney Jordan - hearing - disclosure statement | 0.50 | 150.00 | BTK |
| 07/01/09 | Prepare for hearing - approval of disclosure statement | 1.00 | 300.00 | BTK |
| | Court appearance - hearing - approval of disclosure statement | 1.00 | 300.00 | BTK |
| | Prepare amendments to order - approving disclosure statement | 0.50 | 150.00 | BTK |
| | Receive and review e-mail correspondence - order and ballot | 0.30 | 90.00 | BTK |
| | Letter to Judge Barbosa - order approving disclosure statement | 0.30 | 90.00 | BTK |
| | Letter to client - confirmation hearing - plan of liquidation | 0.50 | 150.00 | BTK |
| | Telephone call from Sean Driscoll - disclosure statement - hearing | 0.30 | 90.00 | BTK |
| 07/02/09 | Receive and review e-mail correspondence - order - disclosure statement | 0.20 | 60.00 | BTK |
| 07/06/09 | Receive and review order approving disclosure statement | 0.30 | 90.00 | BTK |
| 07/08/09 | Review file; plans and disclosure statements - drafts | 1.00 | 300.00 | BTK |
| 07/09/09 | Interoffice conference re: ballots - questions from creditors | 0.30 | 90.00 | BTK |

File # 28040-0002                      Page   3                      Invoice #   Sample

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call from Valerie DeCastris - plan and disclosure statement | 0.50 | 150.00 | BTK |
|  | Telephone call to Attorney Jordan - Ballots, voting and solicitation materials | 0.30 | 90.00 | BTK |
|  | Telephone call from Marge Zisler re: plan | 0.20 | 17.00 | KCN |
|  | Telephone call from Mr. Rogers re: Ballot | 0.10 | 8.50 | KCN |
|  | Telephone call from creditor re: pleadings - ballot | 0.10 | 8.50 | KCN |
| 07/10/09 | Telephone call from Paul Johnson re: ballot and plan | 0.20 | 17.00 | KCN |
|  | Return telephone call to Rob B. re: ballot | 0.20 | 17.00 | KCN |
|  | Telephone call from Clifford Jackson re: pleadings and ballot | 0.10 | 8.50 | KCN |
| 07/13/09 | Telephone call from Attorney Blair - status of bankruptcy; amended plan | 0.60 | 180.00 | BTK |
| 07/14/09 | Receive and review correspondence from Valerie DeCastris - plan and disclosure statement | 0.30 | 90.00 | BTK |
|  | Telephone call from Norma re: ballot | 0.10 | 8.50 | KCN |
| 07/15/09 | Office conference with clients and Debtor - plan and disclosure statement | 1.00 | 300.00 | BTK |
|  | Telephone call from Clifford Jackson re: Plan | 0.10 | 8.50 | KCN |
|  | Telephone call from Terry McGee re: Ballot | 0.10 | 8.50 | KCN |
|  | Telephone call from Carol Sundberg re: Plan and Ballot | 0.10 | 8.50 | KCN |
|  | Telephone call from Guy Fiorenza re: pleadings and ballot | 0.10 | 8.50 | KCN |
| 07/16/09 | Telephone call from Ed Prochaska - Plan and Disclosure Statement | 0.30 | 90.00 | BTK |
|  | Telephone call from creditor re: ballot | 0.20 | 17.00 | KCN |

File # 28040-0002                    Page   4                        Invoice #   Sample

| | | | | |
|---|---|---|---|---|
| | Telephone call from Don Linstedt re: docs - ballot | 0.10 | 8.50 | KCN |
| | Telephone call from Needia Weems re: docs - ballot and plan | 0.10 | 8.50 | KCN |
| 07/17/09 | Receive and review e-mail correspondence from Debtor - ballots | 0.20 | 60.00 | BTK |
| | Prepare e-mail correspondence to Debtor - ballots | 0.20 | 60.00 | BTK |
| 07/22/09 | Telephone call from Cecil Bloomquist re: ballot | 0.10 | 8.50 | KCN |
| | Returned telephone call to John Schaddel re: status and ballot | 0.10 | 8.50 | KCN |
| | Returned telephone call to Joe Reynolds re: ballot | 0.10 | 8.50 | KCN |
| | Telephone call from Joe Reynolds re: additional questions - Plan and Disclosure Statement | 0.10 | 8.50 | KCN |
| | Telephone call from Ray Moderec re: ballot | 0.10 | 8.50 | KCN |
| 07/23/09 | Receive and review e-mail correspondence - ballots - plan | 0.30 | 90.00 | BTK |
| | Telephone call from Ray Moderec re: ballot - mail or drop off | 0.10 | 8.50 | KCN |
| | Telephone call from creditor (John) re: ballot | 0.10 | 8.50 | KCN |
| 07/27/09 | Review first amended plan and liquidation - possible amendments | 1.00 | 300.00 | BTK |
| | Telephone call from creditor (Henry) re: ballot | 0.10 | 8.50 | KCN |
| | Telephone call from Sue Ferguson re: ballot | 0.10 | 8.50 | KCN |
| 07/28/09 | Telephone call from Rob Dothe - amended plan and amended disclosure statement | 0.30 | 90.00 | BTK |
| | Telephone call from Landis Lendel re: ballot | 0.20 | 17.00 | KCN |

File # 28040-0002                         Page   5                         Invoice #   Sample

| Date | Description | | | |
|---|---|---|---|---|
| 07/30/09 | Telephone call from Don Lindstedt re: ballot | 0.10 | 8.50 | KCN |
| | Telephone call from Roger Larson re: plan and ballot | 0.10 | 8.50 | KCN |
| | Telephone call from Nancy Henderickson re: ballot | 0.10 | 8.50 | KCN |
| | Telephone call from creditor (Donna) re: ballot | 0.10 | 8.50 | KCN |
| 07/31/09 | Telephone call from John Scradell re: Ballot | 0.10 | 8.50 | KCN |
| | Telephone call from Nancy Helmick re: Ballot | 0.10 | 8.50 | KCN |
| 08/05/09 | Conference with clients - implementation of plan | 0.50 | 150.00 | BTK |
| | Prepare e-mail correspondence to Attorney Jordan - Plan | 0.20 | 60.00 | BTK |
| 08/06/09 | Prepare amendments to First Amended Plan of Liquidation | 2.00 | 600.00 | BTK |
| 08/07/09 | Telephone call from Bob Farrell - liquidating trust - plan - stock ownership | 0.30 | 90.00 | BTK |
| | Prepare e-mail correspondence to Bob Farrell - liquidating trust | 0.20 | 60.00 | BTK |
| | Prepare e-mail correspondence to Attorney Jordan and Debtor re: ballots | 0.50 | 150.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Jordan - plan - NOL's | 0.30 | 90.00 | BTK |
| | Prepare e-mail correspondence to Bob Farrell - plan | 0.30 | 90.00 | BTK |
| | Telephone call from Sean Driscoll - balloting - plan | 0.20 | 60.00 | BTK |
| | Review ballot summary - plan | 0.50 | 150.00 | BTK |
| | Telephone call from Dino P. re: plan | 0.10 | 8.50 | KCN |
| | Telephone call from David D. re: ballot | 0.10 | 8.50 | KCN |

File # 28040-0002                     Page   6                    Invoice #    Sample

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call from M. Johnson re: ballot | 0.10 | 8.50 | KCN |
|  | Telephone call from Mary re: ballot | 0.10 | 8.50 | KCN |
| 08/10/09 | Telephone call from Tom Grimes re: voting on plan of liquidation | 0.30 | 90.00 | BTK |
|  | Telephone call from Channel 13 news - status - balloting - plan | 0.20 | 60.00 | BTK |
|  | Continue preparation of amendments to plan of liquidation | 0.50 | 150.00 | BTK |
|  | Telephone call from Norma Linderoth - Plan | 0.20 | 60.00 | BTK |
| 08/11/09 | Telephone call from Bob Farrell - NOL's - ownership of stock | 0.30 | 90.00 | BTK |
|  | Telephone call from WREX - results of balloting plan | 0.20 | 60.00 | BTK |
| 08/12/09 | Telephone call from Kimberly Nelson - results of balloting - plan | 0.30 | 90.00 | BTK |
|  | Prepare e-mail correspondence to Attorney Jordan - plan | 0.20 | 60.00 | BTK |
|  | Interoffice conference regarding retention of use of net operating issues | 0.50 | 150.00 | BTK |
| 08/13/09 | Continue preparation of Liquidating Trust Agreement | 1.50 | 450.00 | BTK |
| 08/14/09 | Receive and review e-mail correspondence from Attorney Jordan re: Plan | 0.20 | 60.00 | BTK |
|  | Receive and review proposed amendment to Plan - Kimberly Moore | 0.30 | 90.00 | BTK |
|  | Receive and review e-mail correspondence from Debtor - ballots | 0.20 | 60.00 | BTK |
|  | Telephone call to Bob Farrell - tax issues - plan | 0.30 | 90.00 | BTK |
|  | Review plan - deadlines | 0.50 | 150.00 | BTK |

File # 28040-0002                          Page   7                    Invoice #   Sample

|  |  |  |  |  |
|---|---|---|---|---|
|  | Prepare additional amendments to plan | 0.50 | 150.00 | BTK |
| 08/17/09 | Telephone call from Bob Farrell - amended plan - stock ownership | 0.20 | 60.00 | BTK |
|  | Prepare changes to plan - CMF - transfer of property | 0.50 | 150.00 | BTK |
|  | Prepare e-mail correspondence to Attorney Jordan - plan | 0.50 | 150.00 | BTK |
|  | Telephone call from Sean Driscoll - plan and balloting | 0.20 | 60.00 | BTK |
|  | Review report of balloting - affidavit of Kimberly Moore | 0.50 | 150.00 | BTK |
|  | Prepare e-mail correspondence to Attorney Jordan - affidavit of Kimberly Moore | 0.30 | 90.00 | BTK |
| 08/18/09 | Telephone call from Attorney Jordan - amendments to plan | 0.30 | 90.00 | BTK |
|  | Telephone call to Kim Moore re:  filing of documents with court | 0.20 | 60.00 | BTK |
|  | Prepare e-mail correspondence to Attorney Jordan - Liquidating Trust Agreement | 0.20 | 60.00 | BTK |
|  | Receive and review motion for order approving plan modifications | 0.80 | 240.00 | BTK |
|  | Receive and review amended affidavit of Kimberly Moore | 0.40 | 120.00 | BTK |
|  | Review second amended plan of liquidation | 1.00 | 300.00 | BTK |
|  | Review proposed confirmation order - preparing amendments and additions to confirmation order | 1.00 | 300.00 | BTK |
|  | Review declaration of Kimberly Moore in support of confirmation of plan | 0.50 | 150.00 | BTK |
|  | Review notice of entry of order confirming plan | 0.30 | 90.00 | BTK |
|  | Receive and review e-mail | 0.20 | 60.00 | BTK |

File # 28040-0002                          Page    8                          Invoice #   Sample

| | | | | |
|---|---|---|---|---|
| | correspondence - execution of second amended plan of liquidation | | | |
| | Prepare e-mail correspondence to Attorney Jordan - confirmation order | 0.40 | 120.00 | BTK |
| | Review memorandum of law - confirmation of plan | 1.50 | 450.00 | BTK |
| | Receive and review e-mail correspondence from Attorney Jordan - confirmation order | 0.20 | 60.00 | BTK |
| | Prepare e-mail correspondence to Attorney Jordan - confirmation order | 0.40 | 120.00 | BTK |
| | Telephone call from Attorney Jordan - confirmation order | 0.40 | 120.00 | BTK |
| | Receive and review e-mail correspondence from Robert Farrell - Plan | 0.20 | 60.00 | BTK |
| | Prepare e-mail correspondence to Robert Farrell - plan | 0.60 | 180.00 | BTK |
| 08/19/09 | Receive and review e-mail correspondence from Attorney Jordan - confirmation hearing - second amended plan | 0.30 | 90.00 | BTK |
| | Telephone call from Attorney Jordan - Second Amended Plan | 0.20 | 60.00 | BTK |
| | Telephone call to James Larson re: second amended plan | 0.20 | 60.00 | BTK |
| | Telephone call from James McKnight - second amended plan | 0.20 | 60.00 | BTK |
| | Review revised confirmation order | 1.00 | 300.00 | BTK |
| | Review revised memorandum of law | 0.50 | 150.00 | BTK |
| | Review final balloting report | 1.00 | 300.00 | BTK |
| | Prepare for hearing | 1.00 | 300.00 | BTK |
| | Court appearance - confirmation hearing - second amended plan of liquidation | 1.00 | 300.00 | BTK |

File #  28040-0002                          Page    9                          Invoice #   Sample

Telephone call from Pat Fong re: plan                    0.10          8.50          KCN

Total Services                                             $14,080.00

**Total New Charges**                                                              **$14,080.00**

**Balance Now Due**                                                                **$14,080.00**