## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMMERCIAL MORTGAGE AND FINANCE, CO. | ) ) | Case No. 08-73242 |
| | ) | |
| | ) | Judge Thomas M. Lynch |
| Reorganized Debtor. | ) | |

### NOTICE OF RESOLUTION OF CLAIMS OBJECTIONS AND
### FINAL PAYMENT TO CREDITORS

Commercial Mortgage and Finance, Co., Reorganized Debtor and CMF Liquidating Trust dated August 19, 2009 ("Liquidating Trust") by their attorneys, Holmstrom & Kennedy, P.C., provide this Notice pursuant to Article XV of the Second Amended Plan of Liquidation dated August 17, 2009 ("Plan") which was confirmed by this Court through the entry of its Findings of Fact, Conclusions of Law and Order confirming the Plan on August 19, 2009:

1. The Reorganized Debtor has resolved all objections to Claims.

2. The Reorganized Debtor has made a final payment to Class 3 and 4 Claimants pursuant to the Plan.

3. No Assets or Causes of Action were transferred to the Liquidating Trust pursuant to the Plan. The Liquidating Trust did not prosecute any Causes of Action pursuant to the Plan.

4. The Reorganized Debtor prosecuted all Causes of Action pursuant to the Plan and has resolved all Causes of Action.

5. The Reorganized Debtor has made a final payment to all Persons holding Class 4 Allowed General Unsecured Claims.

6. The Liquidating Trust and the Reorganized Debtor will no longer file or prosecute further adversary proceedings in this Bankruptcy Case.

Dated: December 17, 2013    Commercial Mortgage and Finance, Co., Reorganized Debtor and CMF Liquidating Trust dated August 19, 2009,

By: Holmstrom & Kennedy, P.C.,
Their Attorneys

By: _____
One of its attorneys


ATTORNEY BRADLEY T. KOCH - #3122997
ATTORNEY JOCELYN L. KOCH - #6298482
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071
(815) 962-7181

2