# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMMERCIAL MORTGAGE AND FINANCE, CO. | ) ) | Case No. 08-73242 |
| | ) | |
| | ) | Judge Thomas M. Lynch |
| Reorganized Debtor. | ) | |

## NOTICE OF HEARING ON MOTION FOR FINAL DECREE

TO:   See attached service list.

Commercial Mortgage and Finance, Co., Reorganized Debtor has filed with this Court its Motion for Final Decree.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, you or your attorney must:

1. File a written response to the Motion on or before the date set for the hearing on the motion at:

    Clerk of Court
    United States Bankruptcy Court
    Stanley J. Roszkowski – U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    OR

2. Attend the hearing scheduled to be held on **Monday, December 30, 2013 at 10:30 a.m.** at the United States Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101.

If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your Response to:

> Attorney Bradley T. Koch
> Attorney Jocelyn L. Koch
> Holmstrom & Kennedy, P.C.
> P.O. Box 589
> Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated: *December 18, 2013*

Commercial Mortgage and Finance, Co., Reorganized Debtor,

By:    Holmstrom & Kennedy, P.C.,
       Its Attorneys

By:    _____
       One of its attorneys


ATTORNEY BRADLEY T. KOCH - #3122997
ATTORNEY JOCELYN L. KOCH - #6298482
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071
(815) 962-7181

2

## PROOF OF SERVICE

    The undersigned, being first duly sworn, states that a copy of the foregoing *Notice of Hearing and Motion for Final Decree* was served upon the parties and attorneys of record herein, by either the Court's ECF Notification System or by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois on the 18th day of December, 2013:

| | | |
|---|---|---|
| Maria T. Studebacker<br>1508 Apache Drive<br>Rockford, IL 61107 | Billie Chandler<br>1128 Copper Drive<br>Machesney Park, IL 61115 | Carl T. Kampmeier<br>8071 11th Street<br>Davis Junction, IL 61020 |
| Sandra Klingbeil or<br>Dorothy E. Klingbeil<br>2622 Somerset Lane<br>Rockford, IL 61108 | Earl L. Hodgkinson<br>1408 Bliss Street<br>Belvidere, IL 61008 | Glen L. Rippentrop<br>8371 North Mulford Road<br>Monroe Center, IL 61052 |
| James H. Larson M.D.<br>10245 Tybow Trail<br>Roscoe, IL 61073 | James L. Kramer<br>18W720 13th Street<br>Lombard, IL 61048 | Jennie V. Kliebe<br>10520 Montague Road<br>Winnebago, IL 61088 |
| Jerome J Strohacker<br>580 Brad Mar Drive<br>Freeport, IL 61032 | James and Joyce McKnight<br>1448 Dry Creek Bend<br>Rockford, IL 61108 | Kermit F. Browman<br>415 South Bell School Road<br>Rockford, IL 61108-2613 |
| Maria T. Liebing<br>975 South Bell School Rd<br>Rockford, IL 61108 | Nancy Pohl<br>c/o Becky Voll<br>7659 Rogers Street<br>Machesney Park, IL 61115 | Paul E. Benge<br>4578 Olde Lyme Drive<br>Rockford, IL 61114 |
| Richard F. Shouer<br>24 West Coates Street<br>Freeport, IL 61032 | Salvador J. Sciortino<br>3246 Bildahl<br>Rockford, IL 61109-2147 | Wayne Holton<br>6366 Fitzgerald Road<br>Rockford, IL 61103 |
| James S. Rebecca<br>216 N. Forest Ave<br>Mt. Prospect, IL 60056 | Shirley J. Sellers<br>1304 Riverbend Lane<br>Belvidere, IL 61008 | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>PO Box 21126<br>Philadelphia, PA 19114 |

| | | |
|---|---|---|
| Maria T. Studebacker<br>Dal Cero<br>Via Dugoni 23<br>Mantova, Italy 46100 | Attorney Theodore Liebovich<br>Liebovich & Weber, P.C.<br>415 S. Mulford Road<br>Suite 204<br>P.O. Box 6066<br>Rockford IL 61125-1066<br>(Via ECF) | Attorney Gregory J. Jordan<br>Apostol, Kowal & Jordan,<br>200 S. Wacker Dr. 32nd<br>Floor<br>Chicago IL 60606<br>(Via ECF) |
| Attorney Carole J. Ryczek<br>US Trustees' Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715<br>(Via ECF) | Attorney Jamie S. Cassel<br>2902 McFarland Road<br>Suite 400<br>Rockford, IL 61107<br>(Via ECF) | Attorney Donald P. Shriver<br>515 N. Court Street<br>Rockford, IL 61103<br>(Via ECF) |
| Attorney William A. Reilly<br>6801 Spring Creek Road<br>Suite 2D<br>Rockford, IL 61114<br>(Via ECF) | Attorney Thomas J. Lester<br>100 Park Ave.<br>PO Box 1389<br>Rockford, IL 61105<br>(Via ECF) | Attorney David L. Davitt<br>4023 Charles Street<br>Rockford, IL 61108<br>(Via ECF) |
| Attorney Brent Blair<br>One Court Place, Suite 404<br>Rockford, IL 61101<br>(Via ECF) | Attorney C. Robert Tobin III<br>530 S. State Street, Suite 200<br>Belvidere, IL 61008<br>(Via ECF) | Attorney Andrew J. Vella<br>401 West State Street<br>Suite 300<br>Rockford, IL 61101<br>(Via ECF) |
| Attorney Matthew Hevrin<br>100 Park Ave.<br>PO Box 1389<br>Rockford, IL 61105<br>(Via ECF) | Attorney Gerald Morel<br>Masuda, Funai, Eifert &<br>Mitchell, Ltd.<br>203 N. LaSalle St., Suite 2500<br>Chicago, IL 60601-1262<br>(Via ECF) | Attorney Thomas Laughlin<br>6833 Stalter Drive<br>Suite 204<br>Rockford IL 61108<br>(Via ECF) |
| Attorney David F. Black<br>UAW – Chrysler LLC Legal<br>Services Plan<br>600 S. State Street, Ste 200<br>Belvidere, IL 61008<br>(Via ECF) | Attorney Craig Stevens<br>Momkus McCluskey LLC<br>1001 Warrenville Rd, Suite 500<br>Lisle, IL 60532<br>(Via ECF) | Attorney Linda Godfrey<br>6563 Old Hunter's Run<br>Rockford, IL 61114<br>(Via ECF) |

Paul S. Godlewski  
One Court Place Suite 103  
Rockford, IL 61101  
(Via ECF)

Attorney Zane Cohn  
Zahm M. Cohn & Associates  
150 N. Michigan Ave  
Suite 3300  
Chicago, IL 60601  
(Via ECF)

*Katie Norris*

Subscribed and sworn to before me
this ___ day of _____, 2013.

_____  
Notary Public

OFFICIAL SEAL  
MARY M. TERRELL  
Notary Public, State of Illinois  
My Commission Expires 08/25/17

ATTORNEY BRADLEY T. KOCH - #3122997  
ATTORNEY JOCELYN L. KOCH - #6298482  
Holmstrom & Kennedy, P.C.  
800 N. Church Street  
P.O. Box 589  
Rockford, IL 61105  
(815) 962-7071  
(815) 962-7181

5

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMMERCIAL MORTGAGE AND | ) | Case No. 08-73242 |
| FINANCE, CO. | ) | |
| | ) | |
| | ) | Judge Thomas M. Lynch |
| Reorganized Debtor. | ) | |

## MOTION FOR FINAL DECREE

Commercial Mortgage and Finance, Co., Reorganized Debtor (the "Reorganized Debtor"), by its attorneys, Holmstrom & Kennedy, P.C., for its Motion for Final Decree pursuant to Section 350 (a) of the Bankruptcy Code, states:

1. On October 8, 2008 (the "Petition Date"), Commercial Mortgage and Finance Co., Debtor filed a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code with this Court.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. Sections 157 and 1334. Venue is proper pursuant to 28 U.S.C. Sections 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).

3. The statutory basis for the relief requested within this Motion is Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022.

4. On or about August 17, 2009, the Debtor and the Official Committee of Unsecured Creditors ("Creditors Committee") filed a Second Amended Plan of Liquidation dated August 17, 2009 ("Plan") with this Court.

5. On August 19, 2009 this Court entered its Findings of Fact, Conclusions of Law and Order confirming the Plan ("Confirmation Order").

6. The Confirmation Order is a Final Order pursuant to the Plan and Bankruptcy Rule 3020.

7. On December 17, 2013, the Reorganized Debtor filed a Notice with this Court in which the Reorganized Debtor represented and stated as follows:

- (a) All objections to Claims have been resolved;
- (b) A final payment has been made to Class 3 and Class 4 Claimants pursuant to the Plan;
- (c) No Assets or Causes of Action were transferred to the Liquidating Trust pursuant to the Plan and that the Liquidating Trust did not prosecute any Causes of Action;
- (d) All Causes of Action filed by the Reorganized Debtor have been resolved;
- (e) The final payment to all Persons holding Class 4 Allowed General Unsecured Claims has been made.

A photocopy of which Notice is attached hereto and hereby incorporated by reference as Exhibit A.

8. The date on which the Allowance or disallowance of all Class 4 Claims has been determined.

9. All adversary proceedings related to the Bankruptcy Case filed by either the Liquidating Trust or the Reorganized Debtor have been resolved and terminated. The Liquidating Trust and the Reorganized Debtor will no longer file or prosecute any further adversary proceedings in this Bankruptcy Case.

10. The Reorganized Debtor has made all of the required distributions to Creditors under the Plan.

11. All of the requirements set forth within Article XV of the Plan for the entry of a Final Decree have been satisfied.

12. The Plan is fully consummated and the administration by the Reorganized Debtor of its Chapter 11 bankruptcy estate is complete.

2

WHEREFORE, Commercial Mortgage & Finance, Co., Reorganized Debtor, respectfully requests the entry of a Final Decree closing this bankruptcy and for such other and further relief as this Court deems just and equitable.

Dated: December 18, 2013

Commercial Mortgage and Finance, Co., Reorganized Debtor,

By: Holmstrom & Kennedy, P.C.,
Its attorneys

By: _____
One of its attorneys

ATTORNEY BRADLEY T. KOCH - #3122997
ATTORNEY JOCELYN L. KOCH - #6298482
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

3