## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| COMMERCIAL MORTGAGE AND | ) | Case No. 08-73242 |
| FINANCE, CO. | ) | |
| | ) | |
| | ) | Judge Thomas M. Lynch |
| Reorganized Debtor. | ) | |

### FINAL DECREE

THIS MATTER COMING on for hearing, after notice, upon the Motion for Final Decree ("Motion") pursuant to Section 350(a) of the Bankruptcy Code, filed by Commercial Mortgage and Finance, Co., Reorganized Debtor, by its attorneys, Holmstrom & Kennedy, P.C., the Court having considered the contents of the Motion, arguments of counsel and being fully advised in the premises FINDS:

1.      On October 8, 2008 (the "Petition Date"), Commercial Mortgage and Finance Co., Debtor filed a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code with this Court.

2.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. Sections 157 and 1334.  Venue is proper pursuant to 28 U.S.C. Sections 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).

3.      Notice of the Motion and the hearing upon the Motion provided by the Reorganized Debtor was adequate under the circumstances and no further notice is required.

4.      On or about August 17, 2009, the Debtor and the Official Committee of Unsecured Creditors ("Creditors Committee") filed a Second Amended Plan of Liquidation dated August 17, 2009 ("Plan") with this Court.

5.     On August 19, 2009 this Court entered its Findings of Fact, Conclusions of Law and Order confirming the Plan ("Confirmation Order").

6.     The Reorganized Debtor has made all of the required distributions to creditors under the Plan.

7.     All of the requirements set forth within Article XV of the Plan for entry of a Final Decree have been satisfied.

8.     The Plan is fully consummated and the administration by the Reorganized Debtor of its Chapter 11 bankruptcy estate is complete.

NOW, THEREFORE, it is ordered that this Chapter 11 bankruptcy and the estate of Commercial Mortgage and Finance, Co., Reorganized Debtor, be and is hereby closed.

DATED:_____ DEC 3 0 2013

ENTER:

_____
Judge Thomas M. Lynch

PREPARED BY:
BRADLEY T. KOCH - #3122997
JOCELYN L. KOCH - #6298482
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

2